

## RETINA ASSOCIATES OF KENTUCKY

MEDICAL | SURGICAL | RESEARCH | EDUCATION

WILLIAM J. WOOD, MD, FOUNDER (RETIRED) | RICK D. ISERNHAGEN, MD | THOMAS W. STONE, MD | JOHN W. KITCHENS, MD
TODD J. PURKISS, MD, PHD | BELINDA L. SHIRKEY, MD | BLAKE A. ISERNHAGEN, MD | JACK L. HOLLINS, MD
MIGUEL A. BUSQUETS, MD, FACS | AARON M. RICCA, MD | MOHAMMOD ALI SADIQ, MD | SARA LEMAY, OD

November 28, 2023

RE:  KYLE KNEZEVICH
     DOB: ▇▇/1987

To Whom It May Concern,

Following letter is in regard to Mr. Kyle Knezevich. Kye is a very nice 36-year-old who has been under my care for the last decade. Kyle has a rare inherited retinal condition called enhanced S-cone syndrome. This has been confirmed by genetic testing. Kyle is legally blind based off his visual acuity of 20/200 in both eyes. He has massive macular schisis and profound night vision issues. This certainly is disabling for Kyle. We have been managing his massive macular schisis with a combination of a nonsteroidal drop (a variation of BromSite, bromfenac, Nevanac or Ilevro depending on his insurance status) and carbonic anhydrase inhibitors (brinzolamide). He has used these drops as frequently as every hour or 2 and is now on them 3 times a day. We have had him on Durezol, but that caused a pressure spike, so we are stopping it presently. He has also been on oral carbonic anhydrase inhibitors, but they gave him kidney stones, so we have stopped those.

In summary, Kyle does have a significant visual impairment due to an inherited retinal condition called enhanced S-cone syndrome. The aforementioned nonsteroidal drops and carbonic anhydrase inhibitors do help to keep him as functional as possible. If there is any potential for Kyle to continue to receive his drops 3 times a day that would be very beneficial. If you have any questions regarding this, please feel free to contact me.

Sincerely,

John Kitchens, M.D.

JK/RUB
Job#: 304790077

ASHLAND | LEXINGTON | LOUISVILLE

DANVILLE | ELIZABETHTOWN | FRANKFORT | JEFFERSONVILLE IN | LONDON | PAINTSVILLE | RICHMOND | SOMERSET

1700 Winchester Ave., Ashland KY 41101  Fax (859) 263-3757 | 120 North Eagle Creek Dr. Ste. 500, Lexington KY 40509, Fax (859) 263-3757
6450 Dutchmans Pkwy. Louisville KY 40205  Fax (502) 895-4002
(800) 627-2020 | www.RetinaKY.com